Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States District Court
Southern District of Texas
**ENTERED**
December 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| v. § | CRIMINAL NO. **4:21-cr-588** |
| § | |
| ANTHONY HUTCHISON § | UNDER SEAL |
| BRIAN BUSBY | |

## ORDER

It is ORDERED that the Indictment against the above-named defendants, the Notice of Related Cases, this Order, and the United States' Motion to Seal shall be sealed until the arrest of the defendants, at which time such documents shall be unsealed.

It is FURTHER ORDERED that the United States may provide copies of the sealed Indictment to other law enforcement organizations, including the Federal Bureau of Investigation and IRS-Criminal Investigation Division.

It is FURTHER ORDERED that the District Clerk shall provide copies of the sealed Indictment to the United States Attorney's Office.

SIGNED at Houston, Texas, on the __14th__ day of __December__, 2021.

_____
United States Magistrate Judge