# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v.   § | **CRIMINAL NO.  H-21-CR-588** |
| § | |
| **ANTHONY HUTCHISON** § | |
| **BRIAN BUSBY** § | |

# ORDER

Upon consideration of the Government's Motion for Protective Order, that Motion is hereby GRANTED. Accordingly, it is ORDERED that:

1. Any and all discovery materials the Government produces to the defendants shall be reviewed by only (i) the defendants, (ii) the attorneys of record in this case, (iii) employees of those attorneys, (iv) witnesses and potential witnesses in this case and their counsel, (v) a photocopying or data processing service to whom it is necessary that the defendant show the materials for the purposes of preparation, trial, direct appeal, and collateral attack of this case, and (vi) experts, consultants, or investigators assisting in the preparation, trial, direct appeal, and collateral attack of this case.  The defendants shall not disclose the contents of any discovery material to any individual or entity except as provided herein, as agreed to by the parties, or as further ordered by the Court.

2. The defendants shall use discovery materials and their contents solely for the preparation, trial, direct appeal, and collateral attack of this case and for no

other purpose whatsoever. No additional copies of the discovery materials shall be made except as necessary for those purposes. Before first disclosing discovery material or its contents to any of the individuals or entities listed above, the defendants or their attorneys of record must ~~give to~~ inform the individual or entity ~~a copy~~ of this Order ~~and maintain a copy signed and dated by the individual or a representative of the entity until such time as all appeals in this matter are concluded~~.

3. Within 60 days from the conclusion of these proceedings and any direct appeal from or collateral attack upon these proceedings, the discovery material disclosed by the Government and any duplicates made in the preparation, trial, and direct appeal of this case shall be returned to the Government or destroyed by the defendants, unless the Court gives specific permission for an exception to this requirement. This Order also applies to any and all individuals to whom the defendants (to include any and all of their attorneys and agents), pursuant to this Order, show or disclose the contents or substance of any material produced to them by the Government.

4. Nothing in this Protective Order limits the defendants or the Government from disclosing discovery material in this or related judicial proceedings, including motions, hearings, trial, direct appeal, and collateral attack. The parties shall comply with Federal Rule of Criminal Procedure 49.1 with respect to the public filing or use of any discovery material containing personally identifiable or sensitive information. The parties shall also apply the requirements of Rule 49.1

when showing any discovery material containing personally identifiable or sensitive information to any third party.

Signed in Houston, Texas on _____, 2022.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE