USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

No. H-21-CR-588-S

**HOUSTON DIVISION**

USAO Number: 2018R01770

Magistrate Number:

SUPERSEDING CRIMINAL INDICTMENT

United States Courts
Southern District of Texas
FILED

Filed *April 07, 2022* Judge:

Nathan Ochsner, Clerk of Court

**ATTORNEYS:**

**UNITED STATES of AMERICA**
vs.

**JENNIFER B. LOWERY, USA**  (713) 567-9000

ROBERT S. JOHNSON, AUSA  (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| ANTHONY HUTCHISON (Cts. 1, 2-7, 14-24, 25, 27-28) | ☐ | ☐ |
| BRIAN BUSBY (Cts. 1, 8-13, 26, 29-33) | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
**(TOTAL)**
**(COUNTS:)**
**( 33 )**

Ct. 1: Conspiracy [18 U.S.C. § 371]

Cts. 2-7: Bribery Concerning Programs Receiving Federal Funds   [18 U.S.C. §§ 666 and 2]

Cts. 8-13: Bribery Concerning Programs Receiving Federal Funds   [18 U.S.C. §§ 666 and 2]

Cts. 14-24: Wire Fraud [18 U.S.C. § 1343 and 2]

Cts. 25-26: Witness Tampering [18 U.S.C. § 1512(b)(3)]

Cts. 27-33: Willfully Filing False Tax Return [26 U.S.C. § 7206(1)]

**PENALTY:**

Ct. 1: 5 years imprisonment and/or a $250,000 fine; 3 years SRT; $100 SA

Cts. 2-13: 10 years imprisonment and/or a $250,000 fine; 3 years SRT; $100 SA

Cts. 14-26: 20 years imprisonment and/or a $250,000 fine; 3 years SRT; $100 SA

Cts. 27-33: 3 years imprisonment and/or a $250,000 fine; 1 year SRT; $100 SA

☐ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**