UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| vs. | § § | CASE NO. H-21-CR-588 |
| ANTHONY HUTCHISON, et al., | § § | |
| Defendants. | § | |

REQUEST OF UNITED STATES FOR RECIPROCAL DISCOVERY

The United States hereby requests that counsel for the defendants comply with the reciprocal discovery provisions of Rule 16(b)(1)(A), (B) and (C) of the Federal Rules of Criminal Procedure, in addition to the mandates of Rule 12:

1. Pursuant to Rule 16(b)(1)(A), the United States requests to inspect/copy any items under the defendant's control that are intended to be used in the defendant's case-in-chief at trial;

2. Pursuant to Rule 16(b)(1)(B), the United States requests results of reports of any physical or mental examination and any scientific tests in the custody of the defendant that are intended to be used at trial;

3. Pursuant to Rule 16(b)(1)(C), the United States requests a written summary of any testimony the defendant intends to use under Rules of Evidence 702, 703, or 705;

4. Pursuant to Rule 12.1, the United States requests notice of any alibi defense;

5. Pursuant to Rule 12.2, the United States requests notice of any insanity defense; and,

6. Pursuant to Rule 12.3, the United States requests notice of any public-authority defense, as well as disclosure of witnesses associated with the defense

Respectfully submitted,

NICHOLAS GANJEI
UNITED STATES ATTORNEY


 /S/ Robert S. Johnson
ROBERT S. JOHNSON
HEATHER RAE WINTER
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on counsel for the defendant via electronic delivery on the date of filing.

  /S/  Robert S. Johnson
ROBERT S. JOHNSON
Assistant United States Attorney
Southern District of Texas