| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| United States of America<br>v.<br><br>ANTHONY HUTCHISON<br>BRIAN BUSBY | Houston Division |
|  | Criminal No. H-21-588 |
|  | **UNITED STATES EXHIBIT LIST** |
| The exhibit list of the United States of America is filed in reliance on Local Criminal Rule 55.2 for authenticity of exhibits and the procedure for objecting thereto | AUSAs:  Robert Johnson and Heather Winter |
| Judge:  Andrew Hanen | Case Manager: Rhonda Hawkins | Reporter: |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| **Handwritten Payment Ledger Exhibits** | | | | | |
| 1 | Anthony Hutchison's Handwritten  Payment Ledger, physical | | | | |
| 2 | Summary of Anthony Hutchison's Handwritten Payment Ledger | | | | |
| 3 | Codwell, SWW 2017-600300; HISD PO 8000238640 | | | | |
| 4 | Waltrip,<br>SWW 2017-600131; HISD PO 8000222838<br>SWW 2017-600135; HISD PO 8000222527<br>SWW 2017-600232; HISD PO 8000229827<br>SWW 2017-600237; HISD PO 8000233855 | | | | |
| 5 | Garden Oaks, SWW 2017-600502; HISD PO 8000238406 | | | | |
| 5a | September 2017 Las Vegas Emails | | | | |
| 6 | Garden Oaks, SWW 2017-600631; HISD PO 8000255272 | | | | |
| 7 | Garden Oaks, SWW 2017-600632; HISD PO 8000255320 | | | | |
| 8 | Shearn ES, SWW 2017-600298; HISD PO 8000239005 | | | | |
| 9 | Shearn ES, SWW 2017-600299; HISD PO 8000238984 | | | | |
| 10 | Bonham, SWW 2017-600506; HISD PO 8000241175 | | | | |
| 11 | Kashmere G, JC 2017-10032; HISD PO 8000243538 | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
| 12 | Kashmere HS, JC 2017-10031; HISD PO 8000242542 | | | | |
| 13 | North Forest, JC 2017-10033; HISD PO 8000242933 | | | | |
| 14 | Chathum ES, JC 2017-10041; HISD PO 8000243554 | | | | |
| 15 | Kashmere G T-Bldgs, JC 2017-10058; HISD PO 8000248052 | | | | |
| 16 | Fonwood ES, Payment HISD PO 8000243661 | | | | |
| 17 | Garden Oaks ES, SWW 2017-600509; HISD PO 8000241572 | | | | |
| 18 | Fonwood C/O, JC 2017-10039; HISD PO 8000243609 | | | | |
| 19 | Chathum C/O, JC 2017-10042; HISD PO 8000243555 | | | | |
| 20 | Terrell ES, JC 2017-10043; HISD PO 8000243556 | | | | |
| 21 | North Maint, JC 2017-10051; HISD PO 8000244802 | | | | |
| 22 | South Maint, JC 2017-10050; HISD PO 8000244563 | | | | |
| 23 | No. Forest, SWW 2017-600647; HISD PO 8000256775 | | | | |
| 24 | Kashmere HS, JC 2017-10060; HISD PO 8000248053 | | | | |
| 25 | Cornelius ES, JC 2017-10063; HISD PO 8000246958 | | | | |
| 26 | Bonner ES, SWW 2017-600654; HISD PO 8000249201 | | | | |
| 27 | Scarborough, JC 2017-10062; HISD PO 8000249574 | | | | |
| 28 | Franklin ES, JC 2017-10064; HISD PO 8000245038 | | | | |
| 29 | Dezavala ES, JC 2017-10067; HISD PO 8000244694 | | | | |
| 30 | Cage ES, JC 2017-10065; HISD PO 8000244311 | | | | |
| 31 | Poe ES, JC 2017-10066; HISD PO | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
|  | 8000243538 |  |  |  |  |
| 32 | Gross ES, JC 2017-10069; HISD PO 8000245039 |  |  |  |  |
| 33 | Rice K-8, JC 2017-10070; HISD PO 8000244549 |  |  |  |  |
| 34 | Davila ES, JC 2017-10072; HISD PO 8000247783 |  |  |  |  |
| 35 | Las Americas ES, JC 2017-10073; HISD PO 8000244570 |  |  |  |  |
| 36 | Briscoe ES, JC 2017-10071; HISD PO 8000243820 |  |  |  |  |
| 37 | Terrell, JC 2017-10076; HISD PO 8000244571 |  |  |  |  |
| 38 | Fonwood, JC 2017-10077; HISD PO 8000244765 |  |  |  |  |
| 39 | Chathum ES, JC 2017-10079; HISD PO 8000247780 |  |  |  |  |
| 40 | MCC #17& 22, JC 2017-10080; HISD PO 8000246677 |  |  |  |  |
| 41 | MCC #18, JC 2017-10081; HISD PO 8000247781 |  |  |  |  |
| 42 | MCC #35, JC 2017-10083; HISD PO 8000246674 |  |  |  |  |
| 43 | MCC #32, JC 2017-10082; HISD PO 8000246728 |  |  |  |  |
| 44 |  |  |  |  |  |
| 45 | Kashmere G, JC 2017-10078 |  |  |  |  |
| 46 | Terrell, SWW 2017-600649; HISD PO 8000249576 |  |  |  |  |
| 47 | TH Rogers,<br>SWW 2017-600268; HISD PO 8000236549<br>SWW 2017-600267; HISD PO 8000236578<br>SWW 2017-600269; HISD PO 8000236575 |  |  |  |  |
| 48 | Elrod,<br>SWW 2017-600265; HISD PO 8000235119<br>SWW 2017-600231; HISD PO 800023205<br>SWW 2017-600263; HISD PO 8000235124 |  |  |  |  |
| 49 | Dodson, SWW 2017-600230; HISD PO 8000231608 |  |  |  |  |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 50 | Pleasantville ES,<br>SWW 2017-600259; HISD PO 8000263255<br>SWW 2017-600264; HISD PO 8000236304<br>SWW 2017-600257; HISD PO 8000236303<br>SWW 2017-600258; HISD PO 8000236305 | | | | |
| 51 | Holland,<br>SWW 2017-600260; HISD PO 8000236320<br>SWW 2017-600261; HISD PO 8000236321<br>SWW 2017-600500; HISD PO 8000236328<br>SWW 2017-600266; HISD PO 8000236312<br>SWW 2017-600262; HISD PO 8000236193 | | | | |
| 52 | Elrod C/O, SWW 2017-600628; HISD PO 8000248983 | | | | |
| 53 | Kashmere G, SWW 2017-600283; HISD PO 8000237688 | | | | |
| 54 | Kashmere G, SWW 2017-600282; HISD PO 8000237685 | | | | |
| 55 | Marshall, SWW 2017-600286; HISD PO 8000237696 | | | | |
| 56 | Ashford, SWW 2017-600281; HISD PO 8000237667 | | | | |
| 57 | Ashford, SWW 2017-600280; HISD PO 8000237670 | | | | |
| 58 | Long MS, SWW 2017-600285; HISD PO 8000237680 | | | | |
| 59 | Long MS, SWW 2017-600284; HISD PO 8000237683 | | | | |
| 60 | Rice, SWW 2017-600277; HISD PO 8000237675 | | | | |
| 61 | Rice, SWW 2017-600278; HISD PO 8000237678 | | | | |
| 62 | Marshall MS, SWW 2017-600287; HISD PO 8000237672 | | | | |
| 63 | Piney P, SWW 2017-600504; HISD PO 8000239825 | | | | |
| 64 | Piney P, SWW 2017-600503; HISD PO 8000238530 | | | | |
| 65 | Kolter Gordon ES, SWW 2017-600557; HISD PO 8000246430 | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 66 | Rucker ES, SWW 2017-600559; HISD PO 8000246423 | | | | |
| 67 | Chathum ES, SWW 2017-600565; HISD PO 8000246836 | | | | |
| 68 | Fonwood ES, SWW 2017-600556; HISD PO 8000246670 | | | | |
| 69 | Debakey HS Old, SWW 2017-600553; HISD PO 8000246638 | | | | |
| 70 | Bastian ES, SWW 2017-600505; HISD PO 8000241278 | | | | |
| 71 | Bush, SWW 2017-600605; HISD PO 8000247394 | | | | |
| 72 | Atherton, SWW 2017-600566; HISD PO 8000246959 | | | | |
| 73 | Ashford, SWW 2017-600608; HISD PO 8000247393 | | | | |
| 74 | Chavez, SWW 2017-600606; HISD PO 8000247395 | | | | |
| 75 | Roosevelt, SWW 2017-600610; HISD PO 8000247410 | | | | |
| 76 | Carnegie, SWW 2017-600567; HISD PO 8000246970 | | | | |
| 77 | Pleasantville, SWW 2017-600611; HISD PO 8000247399 | | | | |
| 78 | Elrod, SWW 2017-600612; HISD PO 8000247398 | | | | |
| 79 | Cornelius, SWW 2017-600536; HISD PO 8000243803 | | | | |
| 80 | Davila, SWW 2017-600607; HISD PO 8000247396 | | | | |
| 81 | Flemming, SWW 2017-600535; HISD PO 8000243804 | | | | |
| 82 | Garden V, SWW 2017-600609; HISD PO 8000247392 | | | | |
| 83 | Gregg, SWW 2017-600517; HISD PO 8000242802 | | | | |
| 84 | Heights, SWW 2017-600516; HISD PO 8000242807 | | | | |
| 85 | Seguin, SWW 2017-600515; HISD PO | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
|     | 8000242846  |         |          |         |      |
| 86  | Helms, SWW 2017-600583; HISD PO 8000246832 |  |  |  |  |
| 87  | Holland, SWW 2017-600625; HISD PO 8000248139 |  |  |  |  |
| 88  | White MS, SWW 2017-600582; HISD PO 8000246839 |  |  |  |  |
| 89  | Yates, SWW 2017-600581; HISD PO 8000246805 |  |  |  |  |
| 90  | Young, SWW 2017-600580; HISD PO 8000246837 |  |  |  |  |
| 91  | Wheatley HS, SWW 2017-600544; HISD PO 8000246002 |  |  |  |  |
| 92  | Booker T, JC 2017-10036; HISD PO 8000244584 |  |  |  |  |
| 93  | Key MS, JC 2017-10054; HISD PO 8000244588 |  |  |  |  |
| 94  | Browning ES, JC 2017-10040; HISD PO 8000244585 JC 2017-10061; HISD PO 8000244292 |  |  |  |  |
| 95  | Durham ES, JC 2017-10059; HISD PO 8000244734 |  |  |  |  |
| 96  | BBJ HS, JC 2017-10052; HISD PO 8000244590 JC 2017-10053; HISD PO 8000244352 |  |  |  |  |
| 97  | Atherton ES, JC 2017-10034; HISD PO 8000243607 |  |  |  |  |
| 98  | Bruce ES, JC 2017-10056; HISD PO 8000245047 |  |  |  |  |
| 99  | North Forest, JC 2017-10033; HISD PO 8000242933 |  |  |  |  |
| 100 | Field ES, JC 2017-10044; HISD PO 8000243558 |  |  |  |  |
| 101 | Benbrook ES, JC 2017-10035; HISD PO 8000243559 |  |  |  |  |
| 102 | Clifton MS, JC 2017-10037; HISD PO 8000243661 |  |  |  |  |
| ~~103~~ |         |         |          |         |      |
| 104 | Terrell MS, SWW 2017-600563; HISD PO |  |  |  |  |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
| | 8000246203 | | | | |
| 105 | Fonwood ES, SWW 2017-600555; HISD PO 8000246204 | | | | |
| 106 | DeBakey HS, SWW 2017-600554; HISD PO 8000246188 | | | | |
| 107 | Kolter/Gordon ES, SWW 2017-600558; HISD PO 8000246205 | | | | |
| 108 | Chatum ES, SWW 2017-600568; HISD PO 8000246831 | | | | |
| 109 | Kolter/Gordon ES, SWW 2017-600630; HISD PO 8000248725 | | | | |
| 110 | Fonwood ES, SWW 2017-600545; HISD PO 8000246655 | | | | |
| 111 | DeBakey HS, SWW 2017-600613; HISD PO 8000247358 | | | | |
| 112 | Terrell MS, SWW 2017-600562; HISD PO 8000246206 | | | | |
| 113 | Woodson, SWW 2017-600279; HISD PO 8000237694 | | | | |
| 114 | Terrell MS, SWW 2017-600550; HISD PO 8000246583 | | | | |
| 115 | Chathum C/O, JC 2017-10042; HISD PO 8000243555 | | | | |
| 116 | Williams, SWW 2017-600579; HISD PO 8000246838 | | | | |
| 117 | Westside, SWW 2017-600552; HISD PO 8000246601 | | | | |
| 118 | Waltrip, SWW 2017-600578; HISD PO 8000246804 | | | | |
| 119 | Wesley, SWW 2017-600551; HISD PO 8000246587 | | | | |
| 120 | Twain, SWW 2017-600577; HISD PO 8000246803 | | | | |
| ~~121~~ | | | | | |
| 122 | Sterling, SWW 2017-600549; HISD PO 8000246692 | | | | |
| 123 | Shadowbriar, SWW 2017-600548; HISD PO 8000246651 | | | | |
| 124 | Piney Point, SWW 2017-600547; HISD PO | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
|  | 8000246625 | | | | |
| 125 | Meyerland, SWW 2017-600626; HISD PO 8000248158 | | | | |
| 126 | Memorial, SWW 2017-600546; HISD PO 8000246602 | | | | |
| 127 | Mading, SWW 2017-600575; HISD PO 8000246860 | | | | |
| 128 | Lockhart, SWW 2017-600574; HISD PO 8000246936 | | | | |
| 129 | Key MS, SWW 2017-600573; HISD PO 8000246830 | | | | |
| 130 | Janowski, SWW 2017-600572; HISD PO 8000246807 | | | | |
| 131 | Jefferson, SWW 2017-600571; HISD PO 8000246808 | | | | |
| 132 | Kelso, SWW 2017-600570; HISD PO 8000246809 | | | | |
| 133 | Whittier, SWW 2017-600560; HISD PO 8000246368 | | | | |
| 134 | Woodson, SWW 2017-600561; HISD PO 8000246261 | | | | |
| 135 | Woodson K-8, SWW 2017-600624; HISD PO 8000250175 | | | | |
| 136 | Garden Oaks ES, SWW 2017-600629; HISD PO 8000249043 | | | | |
| 137 | Browning ES, JC 2017-10088; HISD PO 8000247714 | | | | |
| 138 | Browning ES, JC 2017-10087; HISD PO 8000247412 | | | | |
| 139 | Gross ES, JC 2017-10092; HISD PO 8000249090 | | | | |
| 140 | Rice ES, JC 2017-10091; HISD PO 8000249079 | | | | |
| 141 | Chathum ES, JC 2017-10103; HISD PO 8000251636 | | | | |
| 142 | Browning ES, JC 2017-10093; HISD PO 8000249457 | | | | |
| 143 | McCarty Call Center, JC 2017-10084; HISD PO 8000246005 | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
| 144 | McCarty Rec Area, JC 2017-10086; HISD PO 8000246045 | | | | |
| 145 | McCarty Data Center, JC 2017-10085; HISD PO 8000246025 | | | | |
| 146 | Burbank, JC 2017-10097; HISD PO 8000249672 | | | | |
| 147 | Burbank, JC 2017-10098; HISD PO 8000249670 | | | | |
| 148 | HISD Parking, JC 2017-10095; HISD PO 8000249463 | | | | |
| 149 | Signage, JC 2017-10096; HISD PO 8000249515 | | | | |
| 150 | Exit, JC 2017-10094; HISD PO 8000249471 | | | | |
| 151 | Isaacs T-633, JC 2017-10112; HISD PO 8000254576 | | | | |
| 152 | Isaacs T-633, JC 2017-10107; HISD PO 8000254435 | | | | |
| 153 | Isaacs T-633, JC 2017-10106; HISD PO 8000254428 | | | | |
| 154 | Isaacs T-633, JC 2017-10119; HISD PO 8000254880 | | | | |
| 155 | Isaacs T-633, JC 2017-10105; HISD PO 8000254306 | | | | |
| 156 | HISD Entry Sign, JC 2017-10099; HISD PO 8000250178 | | | | |
| 157 | Isaacs T-33, JC 2017-10120; HISD PO 8000254883 | | | | |
| 158 | Isaacs T-32, JC 2017-10109; HISD PO 8000254501 | | | | |
| 159 | McCarty Admin Off, JC 2017-10101; HISD PO 8000250904 | | | | |
| 160 | Forman Off, JC 2017-10100; HISD PO 8000250906 | | | | |
| 161 | Waiting Area, JC 2017-10102; HISD PO 8000250905 | | | | |
| 162 | Team Leader, JC 2017-10104; HISD PO 8000252829 | | | | |
| 163 | Scroggins T-806 All, JC 2017-10116; HISD PO 8000254806 | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
| 164 | Scroggins, JC 2017-10108; HISD PO 8000254437 | | | | |
| 165 | Scroggins, JC 2017-10118; HISD PO 8000254752 | | | | |
| 166 | Scroggins T-884 & Kas. Gar., JC 2017-10110; HISD PO 8000254541 | | | | |
| 167 | Scroggins T-884, JC 2017-10115; HISD PO 8000254809 | | | | |
| 168 | Kashmere G. T-1887, JC 2017-10113; HISD PO 8000254741 | | | | |
| 169 | Scroggins T-199 All, JC 2017-10117; HISD PO 8000254753 | | | | |
| 170 | Scroggins, JC 2017-10111; HISD PO 8000254590 | | | | |
| 171 | Scroggins, JC 2017-10114; HISD PO 8000254754 | | | | |
| 172 | Paul Rev. T-876 All, JC 2017-10142; HISD PO 8000256284 | | | | |
| 173 | Paul Rev., JC 2017-10147; HISD PO 8000256392 | | | | |
| 174 | Paul Rev., JC 2017-10152; HISD PO 8000256357 | | | | |
| 175 | Osbourne T-1691 All, JC 2017-10146; HISD PO 8000256300 | | | | |
| 176 | Osbourne, JC 2017-10145; HISD PO 8000256304 | | | | |
| 177 | Osbourne, JC 2017-10157; HISD PO 8000258568 | | | | |
| 178 | Osbourne T-38 All, JC 2017-10158; HISD PO 8000258642 | | | | |
| 179 | Osbourne T-38 + T-40, JC 2017-10149; HISD PO 8000256346 | | | | |
| 180 | Osbourne T-38, JC 2017-10144; HISD PO 8000256287 | | | | |
| 181 | Osbourne T-38, JC 2017-10151; HISD PO 8000256334 | | | | |
| 182 | Scroggins T-955 & Isaacs T30+31, JC 2017-10148; HISD PO 8000256395 | | | | |
| 183 | Scroggins, JC 2017-10153; HISD PO | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
|     | 8000256711 |  |  |  |  |
| 184 | Isaacs T-30, JC 2017-10143; HISD PO 8000256286 |  |  |  |  |
| 185 | Isaacs T-31, JC 2017-10150; HISD PO 8000256353 |  |  |  |  |
| 186 | Isaacs T-632 all, JC 2017-10156; HISD PO 8000257290 |  |  |  |  |
| 187 | Isaacs, JC 2017-10127; HISD PO 8000255833 |  |  |  |  |
| 188 | Isaacs, JC 2017-10155; HISD PO 8000257025 |  |  |  |  |
| ~~189~~ |  |  |  |  |  |
| 190 | Osbourne T-40, JC 2017-10141; HISD PO 8000256206 |  |  |  |  |
| 191 | Scroggins T-884, JC 2017-10128; HISD PO 8000255832 |  |  |  |  |
| 192 | Scroggins, JC 2017-10132; HISD PO 8000255916 |  |  |  |  |
| 193 | Scroggins T-955, JC 2017-10139; HISD PO 8000255915 |  |  |  |  |
| 194 | Scroggins T-955, JC 2017-10129; HISD PO 8000255835 |  |  |  |  |
| ~~195~~ |  |  |  |  |  |
| 196 | Reynolds T-635, JC 2017-10125; HISD PO 8000255824 |  |  |  |  |
| 197 | Reynolds, JC 2017-10122; HISD PO 8000255826 |  |  |  |  |
| 198 | BT T-106, JC 2017-10140; HISD PO 8000256009 |  |  |  |  |
| 199 | Isaacs T-633, JC 2017-10112; HISD PO 8000254576 |  |  |  |  |
| 200 | BT, JC 2017-10134; HISD PO 8000255913 |  |  |  |  |
| 201 | BT, JC 2017-10133; HISD PO 8000255911 |  |  |  |  |
| 202 | Reynolds T635, JC 2017-10123; HISD PO 8000255825 |  |  |  |  |
| 203 | Reynolds, JC 2017-10126; HISD PO 8000255840 |  |  |  |  |
| 204 | Reynolds T-50, JC 2017-10137; HISD PO |  |  |  |  |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
|     | 8000255890 |  |  |  |  |
| 205 | Reynolds T-49, JC 2017-10136; HISD PO 8000255865 |  |  |  |  |
| 206 | Reynolds T-50, JC 2017-10138; HISD PO 8000255888 |  |  |  |  |
| 207 | Reynolds T-49, JC 2017-10131; HISD PO 8000255849 |  |  |  |  |
| 208 | Reynolds T-49, JC 2017-10135; HISD PO 8000255889 |  |  |  |  |
| 209 | Reynolds T-50, JC 2017-10130; HISD PO 8000255846 |  |  |  |  |
| 210 | August 10, 2017, HISD Board of Education Meeting, Agenda |  |  |  |  |
| 211 | August 10, 2017, HISD Board of Education Meeting, video clip |  |  |  |  |
|     |  |  |  |  |  |
|     |  |  |  |  |  |
|     |  |  |  |  |  |
|     |  |  |  |  |  |
|     |  |  |  |  |  |
|     |  |  |  |  |  |
|     |  |  |  |  |  |
|     |  |  |  |  |  |
|     |  |  |  |  |  |
|     |  |  |  |  |  |
|     |  |  |  |  |  |
|     |  |  |  |  |  |
|     |  |  |  |  |  |
|     |  |  |  |  |  |
|     |  |  |  |  |  |
|     |  |  |  |  |  |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
| **2014 Remodeling Exhibits** | | | | | |
| 300 | 2014-2015 Remodel Summary Chart, 9811 Martha Springs | | | | |
| 301 | 2014 Design Tap Invoices and Correspondence | | | | |
| 302 | 2014 Dauphin Sales, Inc. Estimate and Correspondence | | | | |
| 303 | 2014 Groundworks Invoice and Correspondence | | | | |
| 304 | 2014-2015 Max Marble & Granite Invoice, Payment and Correspondence | | | | |
| 305 | 2015 AL&H Custom Homes Construction Fees for Work Complete Invoice | | | | |
| 306 | 2015 Starfield Designs Invoice and Correspondence | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **2019 Remodeling Exhibits** | | | | | |
| 400 | 2019 Remodel Summary Chart, 9811 Martha Springs | | | | |
| 401 | February 19, 2019 Ashton Morgan Email to SWW Hutchison, Subject Final Options for New Office | | | | |
| 402 | 2019 Stone Cast Invoice and Payment | | | | |
| 403 | 2019-20 USA Glass Invoices and Payments | | | | |
| 404 | 2019 Alyson Jon Interiors Invoice and Payment | | | | |
| 405 | 2019 By Design Interiors Invoices and Payments | | | | |
| 406 | 2019 Décor Builders Hardware Invoices | | | | |
| 407 | 2019 Howte Invoices and Payments | | | | |

13

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 408 | 2019 Star Furniture Invoices | | | | |
| 409 | October 28, 2019 Carpet Villa, Inc. Invoice | | | | |
| 410 | 2019 Factory Builder Stores Invoices | | | | |
| 411 | November 7, 2019 Ferguson Invoice | | | | |
| 412 | October 28, 2019 Expressions Home Gallery Invoice | | | | |
| 413 | 2019-2020 Ohm's Law Electric Invoices and Payments | | | | |
| 414 | 2019 O&M Carpentry Invoices and Payments | | | | |
| 415 | 2019-2020 Rhonda Brown Invoice and Contract | | | | |
| 416 | October 4, 2019 Letter of Agreement between By Design Interiors and Brian and Courtney Busby, 9811 Martha Springs | | | | |
| 417 | November 8, 2019 By Design Email to SWW Hutchison, et al., Subject Busby Quote Sheet | | | | |
| 418 | November 8, 2019 By Design Email to SWW Hutchison, et al., Subject Star Furniture for Busby Residence | | | | |
| 419 | November 8, 2019 By Design Email to SWW Hutchison, et al., Subject Invoice for Furniture to Order Through Ashton for Busby Residence | | | | |
| 420 | October 10, 2019 Email from Design Interior to Décor.cc, Subject Takeoff | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **HISD Contracts** | | | | | |
| 450 | HISD Grounds Maintenance Request For Proposal, Project 10-12-06, 2011 | | | | |
| 451 | Southwest Wholesale Bid for HISD Grounds Maintenance Request For Proposal, Project 10-12-06, dated January 26, 2011 | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
| 452 | April 1, 2011 Emails between SWW Hutchison and HISD Gary Hogg, Subject Revision | | | | |
| 453 | HISD Grounds Maintenance Scoring Matrix, for Request For Proposal, Project 10-12-06, 2011 | | | | |
| 454 | May 5, 2011 Notice of Project Award Letter to Southwest Wholesale for HISD Grounds Maintenance Request For Proposal, Project 10-12-06 | | | | |
| 455 | May 1, 2011 Grounds Service Agreement between Southwest Wholesale and HISD | | | | |
| 456 | March 8, 2012 HISD Letter to Southwest Wholesale Re: Renewal of Project 10-12-06 Grounds Maintenance Agreement | | | | |
| 457 | May 8, 2012 HISD Letter to Southwest Wholesale Re: Signed Extension of 10-12-06 Grounds Maintenance Agreement | | | | |
| 458 | August 2012 Second Signed Extension of 10-12-06 Grounds Maintenance Agreement between HISD and Southwest Wholesale | | | | |
| 459 | HISD Grounds Maintenance, Landscaping & Irrigation Services Requests For Proposals, Project 12-08-03, August 23, 2012 | | | | |
| 460 | Changes to RFP, Project 12-08-03, August 23, 2012 | | | | |
| 461 | October 10, 2014 HISD Renewal of Project 12-08-03 Grounds Maintenance, Landscaping & Irrigation Contract | | | | |
| 462 | November 1, 2012 Grounds Service Agreement between Southwest Wholesale and HISD, Project 12-08-03 | | | | |
| 463 | December 2013 Signed Amendment 1 and Renewal of Project 12-08-03 Grounds Maintenance Agreement between HISD and Southwest Wholesale | | | | |
| 464 | August 20, 2015 HISD Letter to Southwest Wholesale Re Exercise of 90 Day Transitional Period, RFP 12-08-03 | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
| 465 | HISD 2015 Requests For Proposals, Project 15-08-43 Grounds Maintenance/ Landscaping; Tree Pruning & Removal; & Irrigation Systems | | | | |
| 466 | December 16, 2015 HISD Tabulation Sheet for RPS 15-08-43 | | | | |
| 467 | December 2015 Services Contract between HISD and Southwest Wholesale for Project 15-08-43 | | | | |
| 468 | December 16, 2016 HISD Letter to Southwest Wholesale Re: Renewal of Services Contract for Project 15-08-43 | | | | |
| 469 | May 2017 Signed Addendum and Renewal of Contract between HISD and Southwest Wholesale for Project 15-08-43 | | | | |
| 470 | February 2018 Signed Addendum and Renewal of Contract between HISD and Southwest Wholesale for Project 15-08-43 | | | | |
| 471 | December 21, 2018 HISD Letter to Southwest Wholesale Re: Renewal of Services Contract for Project 15-08-43 | | | | |
| 472 | June 25, 2020 HISD Letter to Southwest Wholesale Re: Termination of Contract for Project 15-08-43 | | | | |
| 473 | Master Services Contract Between HISD and Just Construction, Project 17-03-14, August 2017 | | | | |
| 474 | August 2018 Addendum to Services Contract between HISD and Just Construction, Project 17-03-14 | | | | |
| 475 | May 2019 Renewal and Addendum to Services Contract between HISD and Just Construction, Project 17-03-14 | | | | |
| 476 | June 25, 2020 HISD Letter to Just Construction Re: Termination of Contract, Project 17-03-14 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Mowing Exhibits**

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 500 | May 5, 2011 Southwest Wholesale Monthly Mowing Invoice 2011-114726 (Jones) | | | | |
| 501 | May 5, 2011 Southwest Wholesale Monthly Mowing Invoice 2011-114726 (Alcott) | | | | |
| 502 | March 7, 2013 Hutchison SWW Email, Subject New Mowing Schedule Procedures | | | | |
| 503 | July 1, 2013 SWW Contractor Agreement with Arrez Landscaping and Construction | | | | |
| 504 | February 22, 2013 Arrez Email to Hutchison SWW, Subject South Side Schedule for March | | | | |
| 505 | March 19, 2013 Arrez Email to Hutchison SWW, Subject April (South Side) Schedule | | | | |
| 506 | May 21, 2013 Arrez Email to Hutchison SWW, Subject : South Side June Schedule | | | | |
| 507 | July 23, 2013 Arrez Email to Hutchison SWW, Subject August 2013 South Side Schedule | | | | |
| 508 | April 2013 HISD Property List – Monthly Mowing– Northside, Southside | | | | |
| 509 | July 2013 HISD Property List – Monthly Mowing– Northside, Southside | | | | |
| 510 | April 2, 2013 SWW Hutchison Email to HISD Brian Busby, Subject March 2013 Monthly Maintenance Invoice (HISD Schools) with Invoice | | | | |
| 511 | April 24, 2013 SWW Hutchison Email to HISD Brian Busby, Subject April HISD Monthly Maintenance Invoice with Invoice | | | | |
| 512 | May 23, 2013 SWW Hutchison Email to HISD Brian Busby, Subject HISD Monthly Maintenance Invoice- May 2013 with Invoice | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
| 513 | July 29, 2013 SWW Hutchison Email to HISD Brian Busby, Subject HISD & North Forest Monthly Maintenance Invoices (July 2013) with Invoices | | | | |
| 514 | August 28-29, 2013 SWW Hutchison Emails to HISD Brian Busby, Subjects HISD August Monthly Maintenance Invoice and North Forest Monthly Maintenance Invoice with Invoices | | | | |
| 515 | May 15, 2013 HISD Payment to Southwest Wholesale | | | | |
| 516 | June 24, 2013 HISD Payment to Southwest Wholesale | | | | |
| 517 | August 13, 2013 HISD Purchase Order 4502414267 – Southwest Wholesale | | | | |
| 518 | February 12, 2014 SWW Hutchison Email, Subject Cost of Grounds Services | | | | |
| 519 | February 25, 2014 Arrez Email to Hutchison SWW, Subject South Side March Schedules | | | | |
| 520 | March 26, 2014 SWW Hutchison Email to HISD Brian Busby, Subject Invoice: HISD Monthly Maintenance (March) with Invoice | | | | |
| 521 | March 27, 2014 SWW Hutchison Email to HISD Brian Busby, Subject North Forest Monthly Maintenance (March) with Invoice | | | | |
| 522 | March 31, 2014 HISD Brian Busby Email to SWW Hutchison, Subject FW: Southwest March 2013 Invoice 3-20-14 | | | | |
| 523 | August 16, 2014 SWW Invoice to HISD, August 2014 Monthly Maintenance | | | | |
| 524 | September 18, 2014 SWW Invoice to HISD, September 2014 Monthly Maintenance (Northside Properties) | | | | |
| 525 | September 18, 2014 SWW Invoice to HISD, September 2014 Monthly Maintenance (Isaacs) | | | | |
| 526 | September 18, 2014 SWW Invoice to HISD, September 2014 Monthly Maintenance (Washington, Booker T. HS) | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
| 527 | September 18, 2014 SWW Invoice to HISD, September 2014 Monthly Maintenance (Mitchell ES) | | | | |
| 528 | September 18, 2014 SWW Invoice to HISD, September 2014 Monthly Maintenance (North Forest Properties) | | | | |
| 529 | November 18, 2014 SWW Invoice to HISD, November 2014 Monthly Maintenance (Northside Properties) | | | | |
| 530 | December 20, 2014 SWW Invoice to HISD, December 2014 Monthly Maintenance – Revision 1/14/15 | | | | |
| 531 | January 20, 2015 SWW Invoice to HISD, January 2015 Monthly Maintenance | | | | |
| 532 | July 18, 2014 SWW Proposal to HISD Re: Monthly Mowing South, North and North Forest | | | | |
| 533 | July 31, 2014 HISD Purchase Order 800060242 for Southwest Wholesale | | | | |
| 534 | July 30, 2015 SWW Mowing Maintenance Agreement with Arrez Landscaping & Construction | | | | |
| 535 | March 23, 2015 SWW Admin Email to Ulysses Tejada, Subject Mowing Schedule Update | | | | |
| 536 | March 25, 2015 SWW Invoice to HISD, March 2015 Monthly Maintenance | | | | |
| 537 | April 20, 2015 SWW Invoice to HISD, April 2015 Monthly Maintenance | | | | |
| 538 | June 27-29, 2015 SWW Accounting Email to SWW Hutchison, Subject FW: Invoice(s) – HISD & North Properties & North Forest Monthly Maintenance | | | | |
| 539 | April 23, 2015 HISD Payment to Southwest Wholesale | | | | |
| 540 | July 15, 2015 SWW Admin Email to SWW Hutchison, Subject HISD Monthly Mowing for South, North and North Forest | | | | |
| 541 | July 15, 2015 SWW Hutchison Email to HISD Busby, Subject HISD Monthly | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
| | Mowing for South, North and North Forest | | | | |
| 542 | September 22, 2016 HISD Purchase Order 8000205610 for Southwest Wholesale | | | | |
| 543 | September 22, 2016 HISD Purchase Order 8000205508 for Southwest Wholesale | | | | |
| 544 | May 23, 2016 HISD Purchase Order 8000118270 for Southwest Wholesale | | | | |
| 545 | March 3, 2016 SWW Mowing Maintenance Agreement with Arrez Landscaping & Construction | | | | |
| 546 | March 3, 2016 SWW Mowing Maintenance Agreement with Mirna Fortuna | | | | |
| 547 | March 3, 2016 SWW Mowing Maintenance Agreement with US Southern Lawn | | | | |
| 548 | May 24, 2016 Arrez Email to SWW Hutchison, Subject South Side June 2016 Schedule | | | | |
| 549 | July 1, 2016 Arrez Email to SWW Hutchison, et al., Subject South Side August 2016 Schedules | | | | |
| 550 | May 27, 2016 SWW Admin Email to Ulysses Tejada, et al., Subject Update – Monthly Mowing May 27, 2016 | | | | |
| 551 | July 25, 2016 SWW Angela Holden Email to SWW Hutchison, Subject HISD Monthly Mowing 7/25 | | | | |
| 552 | August 5, 2016 SWW Angela Holden Email to SWW Hutchison, Subject Fwd: updated | | | | |
| 553 | May 16, 2016 SWW Invoice to HISD, May 2016 Monthly Maintenance | | | | |
| 554 | May 16, 2016 SWW Invoice to HISD, June 2016 Monthly Maintenance | | | | |
| 555 | August 4, 2016 SWW Invoice to HISD, July 2016 Monthly Maintenance | | | | |
| 556 | August 30, 2016 SWW Invoice to HISD, August 2016 Monthly Maintenance | | | | |
| 557 | May 31, 2016 HISD Payment to Southwest Wholesale | | | | |
| 558 | October 3, 2016 HISD Payment to | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
|  | Southwest Wholesale |  |  |  |  |
| 559 | July 26, 2017 SWW Accounts Receivable Email to SWW Hutchison, et al., Subject FW: Monthly Proposal FY 18 |  |  |  |  |
| 560 | January 23, 2017 HISD Purchase Order 8000214957 to Southwest Wholesale |  |  |  |  |
| 561 | May 25, 2017 Ulysses Tejada Email to SWW Hutchison, Subject Re: Southside Schedule June 2017 |  |  |  |  |
| 562 | May 24, 2017 SWW Admin Email to Arrez, Subject Re: North & South Side June 2017 Schedules |  |  |  |  |
| 563 | May 24, 2017 Mirna Fortuna Email to SWW Hutchison, et al., Subject Fw: June Scheduled |  |  |  |  |
| 564 | SWW June 2017 Mowing Master Schedule |  |  |  |  |
| 565 | June 7, 2017 SWW Accounts Receivable Email to HISD Peral Adams, et al., Subject Re: May Monthly Invoice 2017-600194 |  |  |  |  |
| 566 | June 29, 2017 HISD Payment to Southwest Wholesale |  |  |  |  |
| 567 | August 9, 2017 SWW Hutchison Email to HISD Peral Adams, et al., Subject Monthly Proposal - Revisions |  |  |  |  |
| 568 | August 9, 2017 HISD Purchase Order 8000236813 to Southwest Wholesale |  |  |  |  |
| 569 | July 26 2017 Mirna Fortuna Email to SWW Hutchison, et al., Subject Re: August Scheduled |  |  |  |  |
| 570 | July 26, 2017 Arrez Email to SWW Hutchison, Subject Fwd: North & South Side August 2017 Schedules |  |  |  |  |
| 571 | SWW August 2017 Mowing Master Schedule |  |  |  |  |
| 572 | August 15, 2017 SWW Invoice to HISD, August 2017 Monthly Maintenance |  |  |  |  |
| 573 | September 8, 2017 HISD Payment to Southwest Wholesale |  |  |  |  |
| 574 | March 22, 2018 Arrez Email to SWW |  |  |  |  |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
|  | Hutchison, Subject South Side April Schedules |  |  |  |  |
| 575 | March 22, 2018 Arrez Email to SWW Hutchison, Subject North Side April 2018 Schedules |  |  |  |  |
| 576 | May 31, 2018 SWW Admin Email to Arrez, Subject Approved June 2018 Schedule |  |  |  |  |
| 577 | March 26, 2018 Ulysses Tejada Email to SWW Admin, Subject April 2018 Schedules |  |  |  |  |
| 578 | May 29, 2018 Ulysses Tejada Email to SWW Hutchison, Subject June Schedule 2018 |  |  |  |  |
| 579 | US Southern Lawns, South Schedule, June 2018 |  |  |  |  |
| 580 | March 25, 2018 Mirna Fortuna Email to SWW Hutchison, et al., Subject April Schedule |  |  |  |  |
| 581 | May 30, 2018 Mirna Fortuna Email to SWW Hutchison, et al., Subject Fw: June Schedule 2018 |  |  |  |  |
| 582 | March 23, 2018 Razos Gardening Email to SWW Hutchison, Subject April: Schedule: Company Razos Gardening |  |  |  |  |
| 583 | May 20, 2018 Razos Gardening Email to SWW Hutchison, Subject June: Schedule |  |  |  |  |
| 584 | April 26, 2018 SWW Dwain Nared Email to SWW Hutchison, Subject Re: School Complete |  |  |  |  |
| 585 | May 3, 2018 SWW Admin Email to SWW Dwain Nared, Subject May Sub Schedules |  |  |  |  |
| 586 | April 26, 2018 SWW Invoice to HISD, April 2018 Monthly Maintenance |  |  |  |  |
| 587 | May 23, 2018 SWW Accounts Receivable Email to HISD Peral Adams, Subject Invoice 2018-600769 HISD Monthly Maintenance (North, South, N. Forest) – May 2018 |  |  |  |  |
| 588 | June 26, 2018 SWW Accounts Receivable Email to HISD Peral Adams, Subject Invoice 2018-600795 HISD Monthly |  |  |  |  |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
|  | Maintenance (North, South, N. Forest) – june 2018 | | | | |
| 589 | May 21, 2018 HISD Payment to Southwest Wholesale | | | | |
| 590 | October 3, 2018 HISD Payment to Southwest Wholesale | | | | |
| 591 | July 19, 2018 HISD Payment to Southwest Wholesale | | | | |
| 592 | August 9, 2017 HISD Purchase Order 8000236811 to Southwest Wholesale | | | | |
| 593 | January 23, 2018 SWW Mowing Maintenance Agreement with US Southern Lawn | | | | |
| 594 | December 4, 2017 SWW Mowing Maintenance Agreement with Razos Gardening | | | | |
| 595 | August 3, 2018 SWW Accounts Receivable Email to HISD Peral Adams, Subject HISD Monthly Maint (North, South, N. Forest) Corrected Proposals | | | | |
| 596 | August 7, 2018 HISD Purchase Order 8000271982 to Southwest Wholesale | | | | |
| 597 | October 15, 2018 SWW Admin Email to SWW Hutchison, Subject Deductions for Missed Cuts in September 2018 | | | | |
| 598 | January 15, 2019 SWW Mowing Maintenance Agreement with US Southern Lawn | | | | |
| 599 | January 23, 2019 Notice to Proceed to Contractor and Mowing Addendum for Mirna Fortuna | | | | |
| 600 | June 21, 2019 SWW Admin Email to SWW Hutchison, Subject Property List | | | | |
| 601 | May 27, 2019 SWW Rockebb Nicholson Email to SWW Admin, Subject Fwd: Revise June Schedule 2019 | | | | |
| 602 | May 22, 2019 Mirna Fortuna Email to SWW Hutchison, et al., Subject June Revised S | | | | |
| 603 | June 30, 2019 Arrez Email to SWW Hutchison, et al., Subject Completed | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
| | Schedule from June | | | | |
| 604 | May 28, 2019 SWW Admin Email to Razos Gardening, Subject Re: June schedule 2019 | | | | |
| 605 | June 17, 2019 SWW Invoice to HISD, June 2019 Monthly Maintenance | | | | |
| 606 | July 11, 2019 HISD Payment to Southwest Wholesale | | | | |
| 607 | June 18, 2019 SWW Accounts Receivable Email to HISD Peral Adams, Subject Re: HISD Property Question | | | | |
| 608 | July 25, 2019 HISD Purchase Order 8000301542 to Southwest Wholesale | | | | |
| 609 | June 27, 2019 SWW Mowing Maintenance Agreement with Andres ZC Lawn Service | | | | |
| 610 | July 10, 2019 Cesar Alcaraz Email to SWW Hutchison, Subject Paperwork | | | | |
| 611 | January 17, 2019 SWW Mowing Maintenance Agreement with Arrez Landscaping & Construction | | | | |
| 612 | June 24, 2019 Razos Gardening Email to SWW Hutchison, Subject July Schedule | | | | |
| 613 | June 20, 2019 Mirna Fortuna Email to SWW Hutchison, et al., Subject July 2019 Schedule | | | | |
| 614 | June 24, 2019 Arrez Email to SWW Hutchison, et al., Subject July Cutting Schedules | | | | |
| 615 | June 25, 2019 Ulysses Tejada Email to SWW Admin, Subject July Schedules 2019 | | | | |
| 616 | July 29, 2019 SWW Accounts Receivable Email to HISD Vendor Invoices, Subject HISD (N, S, NF) – July 2019 Monthly Maintenance | | | | |
| 617 | August 6, 2019 HISD Payment to Southwest Wholesale | | | | |
| 618 | August 23, 2019 SWW Payment to Arrez Landscaping with Invoice | | | | |
| 619 | September 27, 2019 SWW Payment to Arrez Landscaping with Invoice | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 620 | November 1, 2019 SWW Payment to Arrez Landscaping with Invoice | | | | |
| 621 | December 12, 2019 SWW Payment to Arrez Landscaping with Invoice | | | | |
| 622 | December 19, 2019 SWW Payment to Arrez Landscaping with Invoice | | | | |
| 623 | November 21, 2019 SWW Payment to Andrez ZC Lawn Service with Invoice | | | | |
| 624 | April 30, 2019 Invoices | | | | |
| 625 | January 1, 2020 SWW Mowing Maintenance Agreement with US Southern Lawns | | | | |
| 626 | January 1, 2020 SWW Mowing Maintenance Agreement with Mirna Fortuna | | | | |
| 627 | January 1, 2020 SWW Mowing Maintenance Agreement with Arrez Landscaping Construction | | | | |
| 628 | January 1, 2020 SWW Mowing Maintenance Agreement with Razos Gardening | | | | |
| 629 | August – October 2017 SWW Employee Handwritten Schedules | | | | |
| 630 | April – October 2018 SWW Employee Typed Schedules | | | | |
| 631 | Typed Schedules SWW Employees Adrian and Antonio | | | | |
| 632 | 2019 SWW Employee Typed Schedules | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Kiddie Cushion Mulch Exhibits** | | | | | |
| 660 | April 2, 2018 Kortni Bailey Email to SWW Hutchison, Subject Quote | | | | |
| 661 | October 15, 2018 Kortni Bailey Email to SWW Hutchison, Subject Kiddie Cushion Material Request | | | | |
| 662 | October 16, 2018 Kortni Bailey Email to SWW Hutchison, Subject Re: Kiddie Cushion Material Request | | | | |
| 663 | October 19, 2018 SWW Admin Email to | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
|  | Kortni Bailey, Subject Kiddie Cushion Material Request | | | | |
| 664 | October 22, 2018 Kortni Bailey Email to SWW Hutchison, Subject Phase 6 | | | | |
| 665 | October 22, 2018 Kortni Bailey Email to SWW Hutchison, Subject Mulch Price | | | | |
| 666 | October 24, 2018 SWW Admin Email to Kortni Bailey, Subject Kiddie Cushion Installations 2018 | | | | |
| 667 | November 2, 2018 SWW Admin Email to Kortni Bailey, Subject Kiddie Cushion Invoice Requests | | | | |
| 668 | November 7, 2018 SWW Admin Email to Kortni Bailey, Subject Delivery dispatch details for Kiddie Cushion | | | | |
| 669 | November 13, 2018 SWW Admin Email to Kortni Bailey, Subject Kiddie Cushion Material Request | | | | |
| 670 | November 15, 2018 Kortni Bailey Email to SWW Hutchison, Subject Quote 2 | | | | |
| 671 | January 25, 2019 SWW Admin Email to Kortni Bailey, Subject Re: Delivery Confirmation Request | | | | |
| 672 | February 14, 2019 Bailey Bark Materials Invoice to Southwest Wholesale | | | | |
| 673 | November 12, 2018 Bailey Bark Materials Invoice to Southwest Wholesale | | | | |
| 674 | November 29, 2018 Bailey Bark Materials Invoice to Southwest Wholesale (Invoice 210673) | | | | |
| 675 | November 29, 2018 Bailey Bark Materials Invoice to Southwest Wholesale (Invoice 210674) | | | | |
| 676 | November 27, 2018 Bailey Bark Materials Invoice to Southwest Wholesale | | | | |
| 677 | SWW Client Folder, Wilson Elementary, Kiddie Cushion, November 2018 | | | | |
| 678 | SWW Client Folder, Wainwright Elementary, Kiddie Cushion, December 2018 | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 679 | SWW Client Folder, Brookline Elementary, Kiddie Cushion, November 2018 | | | | |
| 680 | SWW Client Folder, Garden Oaks Elementary, Kiddie Cushion, November 2018 | | | | |
| 681 | SWW Client Folder, Herod Elementary, Kiddie Cushion, November 2018 | | | | |
| 682 | November 8, 2018 SWW Accounts Receivables Email to HISD Vendor Invoices, et al., Subject Invoices | | | | |
| 683 | December 5, 2018 SWW Accounts Receivables Email to HISD Vendor Invoices, et al., Subject Invoices (Almeda) | | | | |
| 684 | December 5, 2018 SWW Accounts Receivables Email to HISD Vendor Invoices, et al., Subject Invoices (Codwell) | | | | |
| 685 | December 5, 2018 SWW Accounts Receivables Email to HISD Vendor Invoices, et al., Subject Invoices (Foster) | | | | |
| 686 | December 5, 2018 SWW Accounts Receivables Email to HISD Vendor Invoices, et al., Subject Invoices (Herod) | | | | |
| 687 | December 14, 2018 SWW Accounts Receivables Email to HISD Vendor Invoices, et al., Subject Invoices | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| **Anthony Hutchison Tax Exhibits** | | | | | |
| 700 | Summary Report, Tax Due and Owing, 2017-2018, Southwest Wholesale LLC | | | | |
| 701 | 2017 Schedule of False Material Items, Southwest Wholesale LLC | | | | |
| 702 | 2018 Schedule of False Material Items, Southwest Wholesale LLC | | | | |
| 703 | 2017 Southwest Wholesale LLC Tax Return | | | | |
| 704 | 2018 Southwest Wholesale LLC Tax Return | | | | |
| 705 | 2017 Anthony Hutchison Tax Return | | | | |
| 706 | 2018 Anthony Hutchison Tax Return | | | | |
| 707 | Amegy Bank of Texas x2696, Southwest Wholesale LLC, Checks 2017 | | | | |
| 708 | Amegy Bank of Texas x3341, Southwest Wholesale LLC, Checks 2017 | | | | |
| 708a | Cashed Checks, Amegy Bank of Texas x3341 | | | | |
| 709 | JP Morgan Chase, Hutchison Bank Accounts | | | | |
| 710 | JP Morgan Chase x6515, Southwest Wholesale LLC, Account Statements | | | | |
| 710a | Cashed Checks, JP Morgan Chase x6515 Bulldog Timber | | | | |
| 710b | Cashed Checks, JP Morgan Chase x6515 Ulysses Tejada | | | | |
| 711 | Bulldog Timber photos | | | | |
| 712 | Bulldog Timber Checks and Invoices | | | | |
| 713 | M&H Sprinklers Systems Invoices | | | | |
| 714 | Revenue Agent Report, Southwest Wholesale LLC | | | | |
| 715 | 2017 George Baugh Tax Preparation Records | | | | |
| 716 | 2018 George Baugh Tax Preparation Records | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| **Brian Busby Tax Exhibits** | | | | | |
| 800 | 2014 Brian Busby Tax Return | | | | |
| 801 | 2015 Brian Busby Tax Return | | | | |
| 802 | 2016 Brian Busby Tax Return | | | | |
| 803 | 2017 Brian Busby Tax Return | | | | |
| 804 | 2018 Brian Busby Tax Return | | | | |
| 805 | 2019 Brian Busby Tax Return | | | | |
| 806 | Revenue Agent Report, Brian Busby | | | | |
| 807 | Summary of Additional Tax Due and Owing, 2015-2018, Brian Busby | | | | |
| 808 | Summary, Expenditures Method of Proof | | | | |
| 809 | Summary, Other Personal Expenditures | | | | |
| 810 | Non-Taxable Sources of Funds | | | | |
| 811 | Non-Taxable Sources of Funds – Consumer Loan | | | | |
| 812 | Non-Taxable Sources of Funds – Tax Refunds | | | | |
| 813 | Summary of Loan Payments | | | | |
| 814 | NFCU x5542 Loan Account Summary | | | | |
| 815 | Mortgage Expenditures Summary | | | | |
| 816 | Mortgage Expenditures Particulars | | | | |
| 817 | Uniform Residential Loan Application, 9811 Martha Springs | | | | |
| 818 | Uniform Residential Loan Application, 7729 Saint Lo | | | | |
| 819 | Uniform Residential Loan Application, 10303 Gena Court | | | | |
| ~~820~~ | | | | | |
| 821 | NFCU x5542 Home Loan | | | | |
| 822 | Vehicle Expenditures Summary | | | | |
| 823 | Vehicle Expenditures Particulars | | | | |
| 824 | 2015 Mercedes Benz GL550 Loan Documents | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
| 825 | 2015 GMC C2500 Loan Documents | | | | |
| 826 | 2015 Mercedes Benz S550-V Loan Documents | | | | |
| 827 | 2017 GMC C2500 Loan Documents | | | | |
| 828 | 2019 Range Rover Loan Documents | | | | |
| 829 | Credit Card Expenditure Summary | | | | |
| 830 | Credit Card Expenditure Particulars | | | | |
| 831 | Amex Credit Card Application | | | | |
| ~~832~~ | | | | | |
| 833 | American Express Credit Card Statements x1006, x2012 | | | | |
| 834 | Visa Credit Card x5003 | | | | |
| 835 | JP Morgan Chase Credit Card x4674 | | | | |
| 836 | Wells Fargo Credit Card x7982 | | | | |
| 837 | NFCU Credit Card x5890 | | | | |
| 838 | Cash Deposit Summary | | | | |
| 839 | Cash Deposit Timeline | | | | |
| 840 | Allegiance Bank x2287 | | | | |
| 841 | Allegiance Bank x7585 | | | | |
| 842 | Allegiance Bank x7593 | | | | |
| 843 | Allegiance Bank Loan x6894 | | | | |
| 844 | Allegiance Bank Loan x8050 | | | | |
| 845 | Allegiance Bank Loan x1978 | | | | |
| 846 | JP Morgan Chase x8801 | | | | |
| 847 | NFCU x0130, x4592, x2804, x4313 | | | | |
| 848 | NFCU x6605, x6179 | | | | |
| 849 | NFCU x6731, x1692 | | | | |
| 850 | Wells Fargo x6748 | | | | |
| 851 | Wells Fargo x7362 | | | | |
| 852 | Wells Fargo x7370 | | | | |
| 853 | Wells Fargo x9279 | | | | |
| 854 | Wells Fargo x9727 | | | | |
| 855 | Kendrick Solomon Tax Preparation Records | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
| 856 | Theo Rivers Tax Preparation Records | | | | |
| 857 | Appendix D DETAIL OF CASH DEPOSITS SPECIFIC ITEM (AGGREGATE METHOD) | | | | |
| 858 | Appendix D SUMMARY OF CASH DEPOSITS  SPECIFIC ITEM (AGGREGATE METHOD) (2) | | | | |
| 859 | Revenue Agent Report F 4549-202112141408 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Miscellaneous Exhibits** | | | | | |
| 900 | Email Subscriber Records, bbusby7729@gmail.com | | | | |
| 901 | Email Subscriber Records, Chicago.buffalo32@gmail.com | | | | |
| 902 | Email Subscriber Records, hutchison@swat4241.com | | | | |
| 903 | Email Subscriber Records, admin@swat4241.com | | | | |
| 904 | HISD Federal Funding Summary | | | | |
| 905 | Harris County Appraisal District, 9811 Martha Springs | | | | |
| 906 | Harris County Appraisal District, 4123 Purdue Street, Unit A | | | | |
| 907 | Harris County Appraisal District, 4239 Purdue Street | | | | |
| 908 | Harris County Appraisal District, 3230 Almeda Genoa Road | | | | |
| 909 | Cell Phone Subscriber Record, 281-690-0848 | | | | |
| 910 | Cell Phone Subscriber Record, 832-325-8062 | | | | |
| 911 | Photo, 3230 Almeda Genoa Road, Front Door | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
| 912 | Photo, 3230 Almeda Genoa Road, White Board (Millville) | | | | |
| 913 | Photo, 3230 Almeda Genoa Road, Paper Schedules | | | | |
| 914 | Photo, 3230 Almeda Genoa Road, White Board (Landscaping) | | | | |
| 915 | Photo, 3230 Almeda Genoa Road, White Board (783 Millville) | | | | |
| 916 | Photo, 3230 Almeda Genoa Road, Equipment Storage | | | | |
| 917 | Photo, 3230 Almeda Genoa Road, Storage Office | | | | |
| 918 | Photo, 3230 Almeda Genoa Road, Storage Boxes | | | | |
| 919 | Photo, 3230 Almeda Genoa Road, Interior Office | | | | |
| 920 | Photo, 4239 Purdue Street, Theatre Room | | | | |
| 921 | Photo, 4239 Purdue Street, Garage | | | | |
| 922 | Photo, 4239 Purdue Street, Living Room | | | | |
| 923 | Photo, 4239 Purdue Street, Game Room | | | | |
| 924 | Photo, 4239 Purdue Street, Kitchen | | | | |
| 925 | Photo, 4239 Purdue Street, Bag money bundles | | | | |
| 926 | Photo, 4239 Purdue Street, Money spread | | | | |
| 927 | Photo, 4239 Purdue Street, Closet | | | | |
| 928 | Photo, 4239 Purdue Street, Interior Closet Drawer | | | | |
| 929 | Photo, 4239 Purdue Street, Watch Drawer | | | | |
| 930 | Photo, 4239 Purdue Street, Safe | | | | |
| 931 | Photo, 4239 Purdue Street, GMC Truck | | | | |
| 932 | Photo, 4239 Purdue Street, Bag in Trunk | | | | |
| 933 | Photo, 4239 Purdue Street, Cash in Truck | | | | |
| 934 | Photo, 9811 Martha Springs, Entry | | | | |
| 935 | Photo, 9811 Martha Springs, Dining Room | | | | |
| 936 | Photo, 9811 Martha Springs, Office | | | | |
| 937 | Photo, 9811 Martha Springs, Living Room | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
| 938 | Photo, 9811 Martha Springs, Closet | | | | |
| 939 | Photo, 9811 Martha Springs, Theatre Room | | | | |
| 940 | Photo, 9811 Martha Springs, Bar | | | | |
| 941 | Photo, 9811 Martha Springs, Kitchen | | | | |
| 942 | Photo, 9811 Martha Springs, Bedroom | | | | |
| 943 | Photo, 9811 Martha Springs, Safe Box | | | | |
| 944 | Photo, 9811 Martha Springs, Loft Closet | | | | |
| 945 | Photo, 9811 Martha Springs, Safe Box | | | | |
| 946 | Photo, 9811 Martha Springs, Money Spread | | | | |
| 947 | Photo, 9811 Martha Springs, Closet Drawer | | | | |
| 948 | Photo, 9811 Martha Springs, Master Bath | | | | |
| 949 | Photo, 9811 Martha Springs, Closet Entry | | | | |
| 950 | Photo, 9811 Martha Springs, Men's Closet | | | | |
| 951 | Photo, 9811 Martha Springs, Safe Box in Closet | | | | |
| 952 | Gray Drawstring bag, physical | | | | |
| 953 | Day Planner, physical | | | | |
| ~~954~~ | | | | | |
| 954a | Hutchison Extraction Report, 832-532-2362 -Text Log with Rhonda Skillern Jones, 281-387-4165 | | | | |
| 954b | Hutchison Extraction Report, 832-532-2362 -Text Log with Derrick Sanders, 832-758-0023 | | | | |
| 954c | Hutchison Extraction Report, 832-532-2362 -Text Log with Scott Becker phone, 281-690-0848 | | | | |
| 954d | Hutchison Extraction Report, 832-532-2362 -Text Log with Brian Busby, 832-325-8062 | | | | |
| 954e | Hutchison Extraction Report, 832-532-2362 -Text Log with Brian Busby, 713-898-4258 | | | | |
| 954f | Hutchison Extraction Report, 832-532-2362 -Text Log with Gerron Hall, 281-684-4651 | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 954g | Hutchison Extraction Report, 832-532-2362 -Text Log with Alfred Hoskins, 713-304-6076 | | | | |
| 954h | Hutchison Extraction Report, 832-532-2362 -Text Log with Larry Nabors, 281-706-1341 | | | | |
| 954i | Hutchison Extraction Report, 832-532-2362 -Text Log with Luis Tovar, 281-415-6768 | | | | |
| ~~955~~ | | | | | |
| 955a | Busby Extraction Report, 832-325-8062 -Text Log with Alishia Jolivette, 713-446-6546 | | | | |
| 956 | HISD Organization Chart – Business Operations | | | | |
| 957 | HISD, September 2018 COO Organization Chart | | | | |
| 958 | Southwest Wholesale Company Contact Information | | | | |
| 959 | August 3, 2018, Surveillance Photo 1 | | | | |
| 960 | August 3, 2018, Surveillance Photo 2 | | | | |
| 961 | August 3, 2018, Surveillance Photo 3 | | | | |
| 962 | August 3, 2018, Surveillance Photo 4 | | | | |
| 963 | August 3, 2018, Surveillance Photo 5 | | | | |
| 964 | August 3, 2018, Surveillance Photo 6 | | | | |
| 965 | August 3, 2018, Surveillance Photo 7 | | | | |
| 966 | August 3, 2018, Surveillance Photo 8 | | | | |
| 967 | August 3, 2018, Surveillance Photo 9 | | | | |
| 968 | August 3, 2018, Surveillance Photo 10 | | | | |
| 969 | August 3, 2018, Surveillance Photo 11 | | | | |
| 970 | August 3, 2018, Surveillance Photo 12 | | | | |
| 971 | August 3, 2018, Surveillance Photo 13 | | | | |
| 972 | August 3, 2018, Surveillance Photo 14 | | | | |
| 973 | August 3, 2018, Surveillance Photo 15 | | | | |
| 974 | August 3, 2018, Surveillance Photo 16 | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
| 975 | August 3, 2018, Surveillance Photo 17 | | | | |
| 976 | August 3, 2018, Surveillance Photo 18 | | | | |
| 977 | August 3, 2018, Surveillance Photo 19 | | | | |
| 978 | August 3, 2018, Surveillance Photo 20 | | | | |
| 979 | August 3, 2018, Surveillance Photo 21 | | | | |
| 980 | August 3, 2018, Surveillance Photo 22 | | | | |
| 981 | August 3, 2018, Surveillance Photo 23 | | | | |
| 982 | August 3, 2018, Surveillance Photo 24 | | | | |
| 983 | March 8, 2019 Brian Busby Email to Allegiance Bank, Subject Fwd: 783 Millville Dr. | | | | |
| 984 | Player History, Rivers Casino, Brian Busby, 2010 to 2020 | | | | |
| 985 | Bellagio Ratings Detail, Brian Busby, November 2004 to February 2020 | | | | |
| 986 | Bellagio History, Brian Busby, 2016-2019 | | | | |
| 987 | Golden Nugget Lake Charles, Estimated Win/Loss for 2015, Brian Busby | | | | |
| 988 | MGM Resorts International Win/Loss Statement, Brian Busby, November 2004 to February 2020 | | | | |
| 989 | Caesars Palace Player History, Brian Busby, 2007 to 2020 | | | | |
| 990 | Harrah's Player History, Brian Busby, 2021 | | | | |
| | | | | | |