IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | No. 4:21-cr-588 |
| ANTHONY HUTCHISON | § | |
| and BRIAN BUSBY, | § | |
| Defendants. | § | |

## DEFENDANT ANTHONY HUTCHISON'S TRIAL EXHIBIT LIST

| Exhibit No. | Exhibit Description | Offer | Object | Admit |
|---|---|---|---|---|
| 01 | AL&H Custom Homes 9/09/14 contract with Brian Busby for home improvement project at 9811 Martha Springs Drive with related documentation | | | |
| 01-1 | 2014 Proposal from AL&H Custom Homes to Brian Busby for renovations to Busby's residence at 9811 Martha Spring Drive – executed on 9/11/14 | | | |
| 01-2 | Deposit for renovations and subsequent Contractor Draws 1-6 and Change Orders | | | |
| 01-3 | Invoices for Designer Fees | | | |
| 01-4 | Vendor invoices | | | |
| 01-5 | List of project expenses and profits | | | |
| 02 | AL&H Custom Homes 10/07/19 contract with Brian Busby for "Phase I" home improvement project at 9811 Martha Springs Drive with related documentation | | | |
| 02-1 | 2019 Proposal from AL&H Custom Homes to Brian Busby for renovations to Busby's residence at 9811 Martha Spring Drive – Phase I - executed on 10/07/19 | | | |
| 02-2 | "Before" photos of home areas to be renovated | | | |
| 02-3 | Deposit for renovations and subsequent Contractor Draws | | | |
| 02-4 | Vendor correspondence and invoices | | | |
| 03 | Just Construction 11/04/19 contract with Brian Busby for "Phase II" home improvement project at 9811 Martha Springs Drive with related documentation | | | |
| 03-1 | 2019 Proposal from Just Construction to Brian Busby for renovations to Busby's residence at 9811 Martha Spring Drive – Phase II - executed on 11/06/19 – and 1/08/20 Change Order | | | |
| 03-2 | "Before" and "After" photos of home areas to be renovated | | | |
| 03-3 | Just Construction invoices and payment receipts | | | |
| 03-4 | Vendor invoices and corresponding payments | | | |

| Exhibit No. | Exhibit Description | Offer | Object | Admit |
|---|---|---|---|---|
| 04 | Just Construction 11/12/19 contract with Brian Busby for furniture credit to be applied to Phase II contract amount; attached photos of selected furnishings | | | |
| 05 | February 2019 invoices from By Design Interiors to Anthony Hutchison with related documentation | | | |
| 05-1 | 2/28/19 invoices from By Design Interiors to Anthony Hutchison | | | |
| 05-2 | 3/01/19 check from Southwest Wholesale to By Design Interiors for $18,613.34 | | | |
| 05-3 | 2/19/19 email from Ashton Joseph of By Design Interiors to Anthony Hutchison re Final Options for New Office with attached PowerPoint presentation | | | |
| 05-4 | Photos of furnishing | | | |
| 06 | Southwest Wholesale 2016-2019 proposals to Brian Busby for lawn maintenance at 9811 Martha Springs Drive with corresponding invoices, payments, and related documents | | | |
| 06-1 | Proposed Maintenance Agreements from Southwest Wholesale to Brian Busby for landscaping at Busby's personal residence at 9811 Martha Springs Dr. | | | |
| 06-2 | Southwest Wholesale invoices to Brian Busby for monthly landscaping at 9811 Martha Springs Dr. | | | |
| 06-3 | Checks from Brian Busby's accounts made payable to Southwest Wholesale for monthly landscaping | | | |
| 06-4 | Email correspondence between Southwest Wholesale Accounts Receivable and Brian Busby re transmittal of invoices and request for payment status | | | |
| 06-5 | Southwest Wholesale internal Sign Off Verifications of work performed at Busby's residence | | | |
| 06-6 | Southwest Wholesale internal documentation of Monthly Maintenance & payments for work performed at Busby's personal residence | | | |
| 07 | 8/16/18 check from Busby Construction for $7500 made payable to Southwest Wholesale for special landscaping project; attached photos of landscaping work performed | | | |
| 08 | Documentation of work performed by Southwest Wholesale for other properties owned by Brian Busby | | | |
| 08-1 | Southwest Wholesale 3/05/19 Proposal to Brian Busby for landscaping at 4303 Fairbanks | | | |
| 08-2 | Receipt of payment from Brian Busby to Anthony Hutchison for tree trimming at 12514 Donegal Way | | | |
| 09 | Documentation of work performed by AL&H Custom Homes for Brian Busby regarding property at 783 Millville Drive | | | |

| Exhibit No. | Exhibit Description | Offer | Object | Admit |
|---|---|---|---|---|
| 09-1 | Cost Sheet, Specifications, Allowance Items, and Change Orders re 783 Millville Dr. | | | |
| 09-2 | Portion of Chase bank statement referring to 3/11/19 deposit of Busby's deposit for construction project at 783 Millville Dr. | | | |
| 09-3 | AL&H checks to vendors for services provided re 783 Millville Dr.; related correspondence | | | |
| 09-4 | City of Houston permitting records re construction project at 783 Millville Dr. | | | |
| 09-5 | Architectural drawings for residence to be built at 783 Millville Dr. | | | |
| 09-6 | Alternative Quote from Tommy Cashiola for construction of residence at 783 Millville Dr. | | | |
| 09-7 | AL&H-client communications dated 3/25/19 | | | |
| 10 | Documentation of work performed by JC Construction for Brian Busby regarding property at 779 Millville Drive | | | |
| 10-1 | Cost Sheet, Specifications, and Allowance Items re 779 Millville Dr. | | | |
| 10-2 | Survey of 779 Millville Dr. | | | |
| 10-3 | Declaration in Support of Application for COH Building Permit re 779 Millville Dr.; attached relevant documentation | | | |
| 10-4 | Sketch of floorplan for 779 Millville Dr. | | | |
| 11 | Text messages exchanged between Brian Busby and Anthony Hutchison on 2/26/18 | | | |
| 12 | Documentation of payments to CPA George Baugh for accounting services provided to Anthony Hutchison's various business entities | | | |
| 12-1 | Payments to CPA George Baugh for accounting services provided to Southwest Wholesale from 2015 to 2020 | | | |
| 12-2 | Payments to CPA George Baugh for accounting services provided to AL&H Custom Homes LLC | | | |
| 12-3 | Payments to CPA George Baugh for accounting services provided to Exterior Scape by Southwest LLC | | | |
| 12-4 | Payments to CPA George Baugh for accounting services provided to Just Construction LLC | | | |
| 13 | Southwest Wholesale's tax payments to IRS for Tax Years 2017 and 2018 | | | |
| 13-1 | Southwest Wholesale's payments to IRS for Tax Year 2017 | | | |
| 13-2 | IRS communication re Southwest Wholesale's overpayment for Tax Year 2018; corresponding IRS refund check | | | |
| 13-3 | IRS refund check to Southwest Wholesale for Tax Year 2018 | | | |

| Exhibit No. | Exhibit Description | Offer | Object | Admit |
|---|---|---|---|---|
| 14 | Just Construction's tax payments to IRS for Tax Years 2017-2019 | | | |
| 14-1 | Just Construction's payments to IRS for Tax Year 2017 | | | |
| 14-2 | IRS communication re Just Construction's failure to file return for Tax Year 2017 | | | |
| 14-3 | IRS refund checks to Just Construction for Tax Year 2017 | | | |
| 14-4 | IRS communication re Just Construction's overpayment for Tax Year 2018; corresponding IRS refund check | | | |
| 14-5 | IRS refund check to Just Construction for Tax Year 2019 | | | |
| 15 | Documentation of procedures employed by George Baugh CPA and Anthony Hutchison to prepare Hutchison's federal tax returns | | | |
| 15-1 | Baugh's Initial Requests and Checklists for financial documents from Hutchison's business entities | | | |
| 15-2 | Baugh's Bank Statement Logs for various bank accounts of Hutchison's business entities | | | |
| 16 | Spreadsheet – March 2018 HISD Playground Inspection & Fall Surface Material Report | | | |
| 17 | Work performed at Key Middle School by Southwest Wholesale & Just Construction | | | |
| 17-1 | Documentation re 2015 Southwest Whole project at Key Middle School - end field red clay | | | |
| 17-2 | Documentation re 2016 Southwest Wholesale project at Key Middle school – baseball field modification | | | |
| 17-3 | Documentation re 2017 Just Construction project at Key Middle School – repair of flood-related damages | | | |
| 17-4 | Documentation re 2017 Southwest Wholesale project at Key Middle School - landscaping | | | |
| 18 | Southwest Whole invoices to HISD for monthly maintenance of HISD properties/campuses ("cuts") | | | |
| 18-1 | Invoices for 2015 Monthly Maintenance | | | |
| 18-2 | Invoices for 2016 Monthly Maintenance | | | |
| 18-3 | Invoices for 2017 Monthly Maintenance | | | |
| 18-4 | Invoices for 2018 Monthly Maintenance | | | |
| 18-5 | Invoices for 2019 Monthly Maintenance | | | |
| 19 | Southwest Wholesale company profile for HISD Bid Proposal | | | |
| 20 | Southwest Wholesale Close Out binder for Oct-Dec 2015 | | | |
| 21 | Southwest Wholesale Field Supervisor Manual | | | |
| 22 | WITHDRAWN | | | |

| Exhibit No. | Exhibit Description | Offer | Object | Admit |
|---|---|---|---|---|
| 23 | Southwest Wholesale payments to Charlene Daniels for 2015-2016 | | | |
| 24 | Payments to Southwest Wholesale subcontractor George Mitchell for 2015-2016 | | | |
| 25 | Southwest Wholesale projects for Pleasantville Elementary School | | | |
| 25-1 | Documentation for January 2017 projects: tree trimming and landscaping cleanup due to damage from winter freeze | | | |
| 25-2 | Phone Message Slip re 5/31/17 call from Pleasantville ES Principal Gwendolyn Hunter to Anthony Hutchison requesting landscaping work | | | |
| 25-3 | Documentation for June-Sept. 2017 projects: vegetable and flower gardens, irrigation, drainage, Hurricane Harvey clean up. | | | |
| 25-4 | Hutchison Group Invoice Tracker FY 2017 | | | |
| 25-5 | 11/29/17-11/30/17 emails between HISD and Southwest Wholesale re Invoices Needed | | | |
| 26 | Southwest Wholesale phone records for 11/10/17 – 11/14/17 | | | |
| 27 | Handwritten receipt for $10,000 cash contribution | | | |
| 28 | NFL betting ledger 11/07/17 – 11/13/17 | | | |
| 29 | Documentation of payments to subcontractors for various dates during period Aug 2017 – Jan 2018 | | | |
| 30 | 9/08/17 Promissory Note for $30,000 executed by George Abdallah | | | |
| 31 | Southwest Wholesale handwritten notes of internal staff discussions 2/13/19 – 2/26/19 | | | |
| 32 | Southwest Wholesale Invoice to HISD for March 2019 Monthly Maintenance | | | |
| 33 | Documentation re Meyerland Middle School April 2019 overpayment by HISD | | | |
| 33-1 | 3/04/19 Just Construction proposal for Meyerland Middle School exterior construction project | | | |
| 33-2 | 4/04/19 HISD check for $33,051.11 made payable to Just Construction | | | |
| 33-3 | 4/15/19 Just Construction letter to Hoskins and Busby re overpayment of Meyerland Middle School project | | | |
| 33-4 | 4/26/19 Kendrick Solomon email in response to Just Construction's 4/15/19 letter | | | |
| 33-5 | 4/30/19 email from Just Construction to HISD with attached Credit Memo | | | |
| 34 | Documentation re Southwest Wholesale's corrections for March 2019 – Sept. 2019 monthly maintenance invoices | | | |

| Exhibit No. | Exhibit Description | Offer | Object | Admit |
|---|---|---|---|---|
| 34-1 | 3/13/20 email from Alishia Jolivette/HISD to Andrea Hutchison/Southwest Wholesale re Follow Up to Meeting with Southwest Wholesale | | | |
| 34-2 | 4/11/20 email from Southwest Wholesale to Alishia Jolivette/HISD re Follow Up – Conference Call April 6, 2020; attached letter & credit memos | | | |
| 34-3 | 5/11/20 email from Anthony Hutchison to Eugene Salazar & Alishia Jolivette of HISD re Credit Letter; attached credit letter & check | | | |
| 34-4 | Post 5/11/20 letter from Glenn Reed of HISD to Anthony Hutchison in response to Hutchison's 5/11/20 letter | | | |
| 34-5 | Southwest Wholesale 5/31/20 BancorpSouth bank statement | | | |
| 35 | Documentation re Sharpstown Middle School projects | | | |
| 36 | Excerpts from ledgers utilized by Anthony Hutchison | | | |
| 36-1 | Black bound ledger re Purchase Orders | | | |
| 36-2 | Ledger: Original List of Projects from AH | | | |
| 36-3 | Purchase Orders | | | |
| 36-4 | Southwest Wholesale 2015 Projects | | | |
| 37 | Southwest Wholesale 2015 files re HISD monthly mowing services | | | |
| 37-1 | Southwest Wholesale invoices & payments by month for 2015 | | | |
| 37-2 | Charlene Daniels 2015 Subcontractor files | | | |
| 37-3 | Total Trees 2015 Subcontractor files | | | |
| 37-4 | Mirna Fortuna 2015 Subcontractor files | | | |
| 37-5 | Sam Arrez 2015 Subcontractor files | | | |
| 37-6 | Blue Irrigation 2015 Subcontractor files | | | |
| 38 | Southwest Wholesale 2016 files re HISD monthly mowing services | | | |
| 38-1 | Southwest Wholesale invoices & payments by month for 2016 | | | |
| 38-2 | Raedux 2016 Subcontractor files | | | |
| 38-3 | Mirna Fortuna 2016 Subcontractor files | | | |
| 38-4 | Juan Tobar 2016 Subcontractor files | | | |
| 38-5 | Blue Irrigation 2016 Subcontractor files | | | |
| 38-6 | Ulysses Tejada 2016 Subcontractor files | | | |
| 38-7 | Sam Arrez 2016 Subcontractor files | | | |
| 38-8 | Charlene Daniels 2016 Subcontractor files | | | |
| 39 | Southwest Wholesale 2017 files re HISD monthly mowing services | | | |
| 39-1 | Southwest Wholesale invoices & payments by month for 2017 | | | |
| 39-2 | Ulysses Tejada 2017 Subcontractor files | | | |
| 39-3 | Juan Tobar 2017 Subcontractor files | | | |

| Exhibit No. | Exhibit Description | Offer | Object | Admit |
|---|---|---|---|---|
| 39-4 | Mirna Fortuna 2017 Subcontractor files | | | |
| 39-5 | Sam Arrez 2017 Subcontractor files | | | |
| 40 | Southwest Wholesale 2018 files re HISD monthly mowing services | | | |
| 40-1 | Southwest Wholesale invoices & payments by month for 2018 | | | |
| 40-2 | Ulysses Tejada 2018 Subcontractor files | | | |
| 40-3 | Mirna Fortuna 2018 Subcontractor files | | | |
| 40-4 | Razos 2018 Subcontractor files | | | |
| 40-5 | Sam Arrez 2018 Subcontractor files | | | |
| 40-6 | Smartscape 2018 Subcontractor files | | | |
| 41 | Southwest Wholesale 2019 files re HISD monthly mowing services | | | |
| 41-1 | Southwest Wholesale invoices & payments by month for 2019 | | | |
| 41-2 | Ulysses Tejada 2019 Subcontractor files | | | |
| 41-3 | Andrez Lawn Service 2019 Subcontractor files | | | |
| 41-4 | Razos 2019 Subcontractor files | | | |
| 41-5 | Sam Arrez 2019 Subcontractor files | | | |
| 41-6 | Mirna Fortuna 2019 Subcontractor files | | | |
| 42 | Payments to Southwest Wholesale subcontractor George Mitchell for 2017-Jan 2018 | | | |
| 43 | Files re Southwest Wholesale subcontractor Charlene Daniels | | | |
| 43-1 | 6/06/16 Real Estate Lien Note between Anthony Hutchison (Lender) & Ray Shackelford (Borrower) | | | |
| 43-2 | 1/15/18 Agreement between Charlene Daniels and Southwest Wholesale | | | |
| 43-3 | 2/20/18 Daniels Proposal for relocation of Kiddie Cushion materials | | | |
| 44 | Southwest Whole Internal Documentation of Staff discussions re tax issues | | | |
| 44-1 | Southwest Wholesale meeting notes for 2015 | | | |
| 44-2 | Southwest Wholesale meeting notes for 2015 | | | |
| 44-3 | Southwest Wholesale meeting notes for 2015 | | | |
| 44-4 | Southwest Wholesale emails & meeting notes for 2019 | | | |
| 45 | Documentation of landscaping work performed by Southwest Wholesale for Brian Busby's residence in March 2018 | | | |
| 46 | Documentation of loans made by Anthony Hutchison to Brian Busby during Las Vegas trip in Sept. 2018 | | | |
| 47 | Southwest Wholesale file re subcontractor Mark McClure's Kiddie Cushion projects at HISD | | | |
| 48 | Examples of HISD Notices to Proceed issued to Southwest Wholesale & Just Construction for special projects | | | |

| Exhibit No. | Exhibit Description | Offer | Object | Admit |
|---|---|---|---|---|
| 49 | Southwest Wholesale internal documentation of loans/advances to subcontractors | | | |
| 50 | Hutchison's Charitable Contributions during 2015-2020 | | | |
| 50-1 | 2015 Charitable Contributions | | | |
| 50-2 | 2016 Charitable Contributions | | | |
| 50-3 | 2017 Charitable Contributions | | | |
| 50-4 | 2018 Charitable Contributions | | | |
| 50-5 | 2019 Charitable Contributions | | | |
| 50-6 | 2020 Charitable Contributions | | | |
| 51 | Hutchison Internal Gambling Records | | | |
| 51-1 | Hutchison's gambling records Jan-Dec 2016 | | | |
| 51-2 | Hutchison's gambling records Jan-Dec 2017 | | | |
| 51-3 | Hutchison's gambling records Jan-Dec 2018 | | | |
| 51-4 | Hutchison's gambling records Jan-Dec 2019 | | | |
| | | | | |

Respectfully Submitted,

/s/ Russel Hardin Jr.
Russel Hardin Jr.
1401 McKinney St. Unit 2250
Houston, Texas 77010
Attorney Representing Anthony Hutchison


/s/ Letitia Quinones-Hollins
Letitia Quinones-Hollins
1602 Washington Ave.
Houston, Texas 77007
(713) 481-7420 Telephone
(713) 714-8670 Fax
State Bar No. 24008433
Attorney Representing Anthony Hutchison