**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:21-cr-00588 |
| | § | |
| ANTHONY HUTCHISON et al., | § | |
| | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

**DEFENDANTS' SUPPLEMENTAL CERTIFICATION OF CONFERENCE WITH
GOVERNMENT'S COUNSEL REGARDING THEIR INTENT NOT TO FILE AN
OPPOSITION TO DEFENDANTS' JOINT MOTION
FOR EXTENSION OF POST-TRIAL REPLY BRIEF DEADLINES**

Defendants Anthony Hutchison ("Hutchison") and Brian Busby ("Busby") moved the Court yesterday (DE 318) for a fourteen-day extension of time (the "Extension Motion") to file their responses to the United States' Responses in Opposition to Hutchison's Motion for Judgment of Acquittal or New Trial Under Rules 29 and 33 (DE 308), and to Busby's Motion for Judgment of Acquittal Under Rule 29 and Motion for New Trial Under Rule 33 (DE 309) (collectively, the "Government's Oppositions"). The current deadline expires today, April 1, 2026.  If granted, the new deadline for Hutchison and for Busby to file their reply briefs would be April 15, 2026.  The Government objects to the requested extension.  The Court asked Defendants' counsel yesterday whether the Government intended to file an opposition to the Extension Motion.  Defendants immediately asked the Government's counsel and followed up with them again today.  The Government notified Hutchison's and Busby's counsel at 3:02 p.m. Central today by email that "[w]e do not plan to file a separate response to your motion."  Consequently, the Extension Motion should be ripe for determination.

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

*/s/ David M. Medina*
David M. Medina
Texas Bar No. 00000088
Federal Bar No. 2609723
david.medina@nelsonmullins.com
(346) 646-5441
Juan F. Vasquez, Jr.
Texas Bar No. 24033294
Federal Bar No. 32747
juan.vasquez@nelsonmullins.com
1111 Bagby Street, Suite 2100
Houston, Texas 77002
(346) 646-6670
***Counsel for Anthony Hutchison***

**JACKSON WALKER LLP**

*/s/ Laura M. Kidd Cordova*
Laura M. Kidd Cordova
Texas Bar No. 24128031
lcordova@jw.com
Michael J. Murtha
Texas Bar No. 24116801
mmurtha@jw.com
1401 McKinney St. Suite 1900.
Houston, Texas  77010
(713) 752-4449
(713) 752-4221 (Facsimile)
***Counsel for Brian Busby***

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2026, a true and correct copy of the foregoing was served electronically on all persons via the Court's CM/ECF system which provided notice to all parties of record.

/s/ David M. Medina
David M. Medina